

# Third Court of Appeals



RECEIVED
MAR 02 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## RECEIPT FOR CHECK-OUT RECORD
(CLOSED CASES)

This is to acknowledge that I have taken receipt of the following items of this record. I understand that I am fully responsible for the care and custody of these items. **These items will be returned no later than the due date shown below.** These items were received by me in good condition, properly bound and certified by the appropriate Clerk or Court Reporter if applicable.

| | |
|---|---|
| Cause Number: **03-05-00469-CV** | Retention Center No.: |

| |
|---|
| Name of Cause: **TX Dept of Family and Protective Svcs v Jennifer Barlow** |

| |
|---|
| Items Checked out:<br>SEALED: 1 box of administrative record |

| | |
|---|---|
| Date Items Checked Out: | Date Items are due: **PERMANENT** |

| |
|---|
| Requested By: |

| | |
|---|---|
| Attorney: Nichole B. Bunker-Henderson | |
| Signature: | Driver Lic.: |

| |
|---|
| Bar Card Number: |

| |
|---|
| Firm/Agency: Administrative Law Division |

| |
|---|
| Address: P.O. Box 12548 |

| |
|---|
| Phone Number: 512-475-4195 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| |
|---|
| Approved By: Jeff Kyle |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| |
|---|
| Dates Items Returned: **PERMANENT** |